UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. DIONISIO SALGADO-MEZA,
4. EFRAIN SALGADO-MEZA,
5. MARIBEL SALGADO,
   AKA "CLARA SANCHEZ" and
6. MARISELA SALGADO,

        Defendants.

---

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

THIS MATTER comes before the Court on the United States Motion to Disclose Grand Jury Material (**#94**), under specified conditions to the attorneys for the defendants pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure, it is,

ORDERED that the Motion is **GRANTED**. Copies of the transcript of testimony given before the Grand Juryand other Grand Jury materials may be disclosed to the attorneys for the defendants for preparation for trial. It is

FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the defendants.

DATED this 13th day of April, 2011.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge